*May Term, 1851.*

ARMSTRONG
v.
MURPHY.

---

ARMSTRONG *v.* MURPHY.—In Error.

*ARMSTRONG* owed *Kingry* 70 dollars, and mortgaged to him horses to secure the payment.   Subsequently

*Armstrong* delivered to one *Murphy* a part of the horses in full satisfaction of the mortgage-debt. *Murphy* was the agent of *Kingry*, appointed for the purpose, and received the horses delivered in satisfaction of said debt, and was to deliver up, but when does not appear, to *Armstrong*, the mortgage. *Armstrong*, without calling for the delivery of the mortgage, or demanding a return of the horses, brought replevin for said horses so given in satisfaction of the mortgage-debt. He failed in the suit, as he ought to have done. The mortgage being satisfied, if any steps were necessary in the case, they should have been taken to obtain a surrender of, or entry of satisfaction upon, said instrument.

The judgment is affirmed with costs.

*J. Robinson*, for the plaintiff.

*J. S. Scobey*, for the defendant.